1  RICHARD A. CANATELLA (SB # 53264)
   Cotter & Del Carlo
2  4610 Mission Street, Suite 203
   San Francisco, CA 94112
3  (415) 584-5446
   (415) 584-5447 FAX
4
5  Attorneys for RICHARD A. CANATELLA

6                 **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
7                     **SAN FRANCISCO DIVISION**
8
                                          **Case No. 10-5970 SI**
9
10 *IN RE* RICHARD A. CANATELLA, etal       **STIPULATED REQUEST FOR**
   _____         **FURTHER CONTINUANCE**
11
   RICHARD A. CANATELLA,
12
        Petitioner,
13
        v.
14
   UNITED STATES OF AMERICA,
15
        Respondent.
16 _____/
17
18
19
20
21
22
23
24
25
26
27
28

**STIP & ORDER FOR CONTINUANCE**

**WHEREAS**, on December 30, 2010, Petitioner, RICHARD A. CANATELLA filed Petition to Quash Third Party Summonses with Exhibits; Points and Authorities; Proof of Service;

**WHEREAS**, on February 9, 2011, the hearing on the petition to quash subpoena was scheduled to be heard on Friday, March 18, 2011, at 9:00 a.m.

**WHEREAS**, Mr. Canatella left on February 15, 2011 for an extended vacation scheduled to return March 14th, 2011 and will be in trial in San Mateo Superior Court on another matter during the week of March 15, 2011;

**WHEREAS**, the hearing must be held prior to the Case Management Conference set for April 29, 2011;

Petitioner requests that the hearing be continued to Friday, April 8, 2011 at 9:00 a.m.

**NOW THEREFORE**, the parties agree as follows:

Richard A. Canatella of COTTER & DEL CARLO, and Cynthia Lewis Stier, UNITED STATES ATTORNEY by the signature below **STIPULATE** as follows: The hearing on the petition of Petitioner RICHARD A. CANATELLA to Quash Third Party Summonses IS continued to April 8, 2011 at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED:                              For: Petitioner RICHARD A. CANATELLA etal

/s/

By: Richard A. Canatella, Esq/MK

DATED:                              For: UNITED STATES OF AMERICA

/s/

By: Cynthia Lewis Stier

STIP & ORDER FOR CONTINUANCE           1

1 | **IT IS SO ORDERED.**

2 | DATED:   2/18/11

**SUSAN ILLSTON**
UNITED STATES DISTRICT JUDGE

STIP & ORDER FOR CONTINUANCE            2